**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 18-cv-21381-UU

JANE DOE,

     Plaintiff.

v.

CITY OF MIAMI GARDENS, *et al.*,

     Defendants.

_____/

**ORDER OF REFERENCE**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law with respect to **Defendant Javier J. Romaguera's Motion for Involuntary Dismissal for Discovery Violations, D.E. 63 (the "Motion"),** along with any motions for an extension of time associated therewith.  Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this _12th__ day of February, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Chris M. McAliley

counsel of record via CM/ECF

1