UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-21381-UU

JANE DOE,

   Plaintiff.
v.

CITY OF MIAMI GARDENS, *et al.*,

   Defendants.
_____/

# FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's order granting in part Defendant Javier J. Romaguera's Motion for Partial Summary Judgment entered concurrently herewith. Pursuant to Federal Rule of Civil Procedure 54 and 58(a), the Court now enters this separate final judgment. It is hereby

ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant on Count I, the sole federal claim. The remaining Counts are dismissed without prejudice. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED and pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of April, 2019.

*/s/ Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record via CM/ECF